UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY _____ D.C.

05 MAY 24 AM 6:38

Robert R. DiTrolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

DERRICK MEANS
    Defendant.

Case Number 2:92CR20332-01-Ml
2:93CR20181-01-Ml

## *A-M-E-N-D-E-D JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Derrick Means, was represented by Mary Catherine Jermann, Esq.

It appearing the defendant, who was sentenced in the above styled cause and was placed on Supervised Release for a period of three (3), has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be *imprisoned for a term of twenty-four (24) months as to case 2:92CR20332-01-Ml and twenty-four (24) months as to case 2:93CR20181-01-Ml. **Both cases are to be served concurrently with each other for a total term of incarceration of twenty-four (24) months**. No further supervision is imposed.

The defendant is remanded to the custody of the United States Marshal.

Signed this the 23 day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 05/05/1960
U.S. Marshal No.: 13717-076
Defendant's Mailing Address: 4814 Newton Drive, Memphis, TN 38109

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-24-05

112

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:93-CR-20181 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT